# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. CAIN, | Case No. 1:25-cv-00784-BAM (PC) |
| Plaintiff, | ORDER TO SUBMIT **NON-PRISONER** APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE |
| v. | |
| ROBERTS, *et al.*, | **THIRTY (30) DAY DEADLINE** |
| Defendants. | |

Plaintiff Gregory L. Cain ("Plaintiff") is a civil detainee proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* on the appropriate form pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court shall send to Plaintiff the attached **non-prisoner** application to proceed *in forma pauperis*;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis* for a **non-prisoner**, completed and signed, or in the alternative, pay the $405.00 filing fee for this action; and

1

3. **<u>Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.</u>**

IT IS SO ORDERED.

Dated: __**June 30, 2025**__        /s/ *Barbara A. McAuliffe*        _
                                    UNITED STATES MAGISTRATE JUDGE