1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9    GREGORY L. CAIN,                         Case No.  1:25-cv-00784-BAM (PC)

10              Plaintiff,                     ORDER GRANTING MOTION TO
                                              PROCEED *IN FORMA PAUPERIS* AS A
11        v.                                   NON-PRISONER

12    ROBERTS, *et al.*,                       (ECF No. 4)

13              Defendants.

14

15        Plaintiff Gregory L. Cain ("Plaintiff") is a civil detainee appearing *pro se* in this civil

16    rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare

17    and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning

18    of the Prison Litigation Reform Act.  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

19        Currently before the Court is Plaintiff's motion for leave to proceed *in forma pauperis*,

20    filed July 11, 2025.  (ECF No. 4.)  Examination of these documents reveals that Plaintiff is unable

21    to afford the costs of this action.  Accordingly, the motion to proceed *in forma pauperis*, (ECF

22    No. 4), is HEREBY GRANTED.

23
24    IT IS SO ORDERED.

25        Dated:    **July 14, 2025**              /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE
26
27
28

1