**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY L. CAIN,<br><br>        Plaintiff,<br><br>    v.<br><br>CHIEF JUSTICE JOHN G. ROBERTS, *et al.*,<br><br>        Defendants. | Case No. 1:25-cv-0784 KES BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Doc. 8 |

Gregory L. Cain is a civil detainee proceeding pro se in this civil rights action under 42 U.S.C. § 1983, stating claims against current and former justices of the Supreme Court. The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915(e)(2) and found Cain fails to state any cognizable claim. Doc. 8 at 2-9. The magistrate judge found the deficiencies could not be cured and recommended the complaint be dismissed without leave to amend. *Id.* at 9.

On March 23, 2026, the Court served the findings and recommendations on Cain, including a notice that any objections were due within 14 days. Doc. 8 at 9. The Court informed Cain that failure to file timely objections may result in the waiver of certain rights on appeal. *Id.* at 9-10 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). Cain did not file objections, and the time to do so expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are

1

supported by the record and by proper analysis.  The Court **ORDERS**:

1. The findings and recommendations issued on March 23, 2026 (Doc. 8), are **ADOPTED** in full.

2. The complaint is **DISMISSED** without leave to amend.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   April 21, 2026   

_____
UNITED STATES DISTRICT JUDGE

2